1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561
5   Fax: 559-487-5950

6   Attorney for Defendant
    CHAZ BANKS
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No.  1:20-cr-00060-NONE-SKO

12                  Plaintiff,          **STIPULATION AND ORDER TO
                                        CONTINUE STATUS CONFERENCE;**
13   vs.                                **EXHIBIT**

14   CHAZ BANKS,                        DATE:   March 18, 2022
                                        TIME:    9:30 a.m.
15                  Defendant.          JUDGE: Hon. Dale A. Drozd

16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, through their

19   respective counsel, that the status conference regarding the Delancey Street program in the

20   above-captioned matter currently set for September 17, 2021, may be continued to March 18,

21   2022 at 9:30 a.m. for further status conference regarding the defendant's participation in the

22   Delancey Street program.

23        On March 13, 2020, Mr. Banks entered a plea of guilty to Count 1 of the Information

24   filed in this matter. *See* Dkt. #5, #1. On September 17, 2020, Mr. Banks appeared for sentencing

25   in this matter. *See* Dkt. #19. At the sentencing hearing, sentencing was continued to permit Mr.

26   Banks to participate in the two-year Delancey Street program. *See* Dkt. #19. Mr. Banks was

27   released to participate in the Delancey Street program on September 24, 2020. *See* Dkt. #21. Mr.

28   Banks has been residing at and participating in the Delancey Street program since that date.

1    Attached as Exhibit A is a September 8, 2021 letter from the Delancey Street program

2    indicating that Mr. Banks remains at the program and is fully participating. *See* Exhibit A.

3    Accordingly, the parties are requesting a further continuance in this matter to continue to monitor

4    Mr. Banks's progress at the Delancey Street program. As this is a sentencing hearing, no

5    exclusion of time is necessary.

6

7                                             Respectfully submitted,

8                                             PHILLIP A. TALBERT
                                              Acting United States Attorney
9

10   DATED:  September 9, 2021              */s/ Jeffrey Spivak*
                                              JEFFREY SPIVAK
11                                            Assistant United States Attorney
                                              Attorney for Plaintiff
12

13                                            HEATHER E. WILLIAMS
                                              Federal Defender
14

15   DATED:  September 9, 2021              */s/ Reed Grantham*
                                              REED GRANTHAM
16                                            Assistant Federal Defender
                                              Attorney for Defendant
17                                            CHAZ BANKS

18

19

20                                      **O R D E R**

21

22       The court has reviewed and considered the stipulation of the parties to continue the status

23   conference in this case. Good cause appearing, the status conference hearing currently scheduled

24   for September 17, 2021, is continued to March 18, 2022, at 9:30 a.m.

25

     IT IS SO ORDERED.
26

27   Dated:   **September 9, 2021**          _____
                                              UNITED STATES DISTRICT JUDGE
28

Banks – Stipulation and [Proposed]                    -2-
Order to Continue Status Conference